**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Courtney Edward COOPER, Defendant—Appellant.**

No. 07–7488.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2008.

Decided: Feb. 26, 2008.

Courtney Edward Cooper, Appellant Pro Se. Thomas Michael DiBiagio, United States Attorney, George Levi Russell, III, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Courtney Edward Cooper appeals the district court's order denying his motion to modify sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Cooper*, No. 1:03–cr–00528 (D.Md. Sept. 11, 2007). We dispense with oral argu-

ment because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*